IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

Gaspar Roberto Garcia II – #215762

/

No. C 13-80179 WHA

**ORDER OF SUSPENSION**

    Because Gaspar Garcia II has failed to respond to the order to show cause, Mr. Garcia's membership in the bar of this Court is hereby **SUSPENDED**.

**IT IS SO ORDERED.**

Dated: October 7, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE